DECEMBER 1, 1938

**No. 4465.—**
*Mitsubishi Shoji Kaisha, Ltd.* v. *United States.*   Entered at Seattle, Wash.
Reap. Dec. 4444.   Motion by plaintiff.